**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT TENNESSEE**

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

WESTERN DIVISION

October 21, 2005

RE: ROLEX WATCH U.S.A. vs. TOWN & COUNTRY JEWELERS, INC.
01-2797-B

Dear Counsel:

It appears that in the above referenced cause the parties are unable to agree on the taxation of costs.

Therefore, pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, you are hereby notified that the Clerk of Court will tax costs on <u>Thursday, November 10, 2005 @ 10:30 a.m.,</u> in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk of Court will accept any relevant citation of any law the parties wish to submit, but such submissions must be received no later than one week prior to the scheduled hearing. Your appearance at this hearing and your submission of relevant case citations is completely optional, and a party's or counsel's decision to not appear or to not submit relevant citations will not adversely affect the Clerk of Court's evaluation of how costs should be assessed.

Sincerely,

Thomas M. Gould, Clerk of Court

by: *Earline Grayer*
Deputy Clerk

/ehg
c: Docket Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:01-CV-02797 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Kathleen E. McCarthy
MORGAN & FINNEGAN LLP
Three World Financial Center
New York, NY 10281--210

Siegrun D. Kane
MORGAN & FINNEGAN LLP
345 Park Ave.
New York, NY 10154

David H.T. Kane
MORGAN & FINNEGAN LLP
345 Park Ave.
New York, NY 10154

Ed M. Hurley
HURLEY & ROYAL
3540 Summer Ave.
Ste. 411
Memphis, TN 38122

John F. Flaherty
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

Michele Ficarra
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

Ronald D. Coleman  
GIBNEY ANTHONY & FLAHERTY, LLP  
665 Fifth Ave.  
New York, NY 10022  

Brian W. Brokate  
GIBNEY ANTHONY & FLAHERTY, LLP  
665 Fifth Ave.  
New York, NY 10022  

Honorable J. Breen  
US DISTRICT COURT