IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

v.   No. 01-2797 B

TOWN & COUNTRY JEWELERS, INC.,

    Defendant.

---

### ORDER TO SHOW CAUSE WHY PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES AND EXPENSES SHOULD NOT BE GRANTED

---

Before the Court is the October 20, 2005 application of the Plaintiff, Rolex Watch U.S.C., Inc. ("Rolex"), for an award of attorney's fees and expenses in the instant matter. According to the Court's docket, no response has been filed on behalf of the Defendant, Town & Country Jewelers, Inc. ("Town & Country"). Accordingly, the Defendant is hereby directed, within eleven (11) days of the entry hereof, to show cause why the instant application for an award of $158,299.25 in attorney's fees and $88,409.18 in related nontaxable expenses should not be granted. Failure of the Defendant to comply in a timely manner with this order may result in the award requested.

IT IS SO ORDERED this 20th day of December 2005.

    J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 2:01-CV-02797 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Ronald D. Coleman
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

John F. Flaherty
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

Ed M. Hurley
HURLEY & ROYAL
3540 Summer Ave.
Ste. 411
Memphis, TN 38122

Siegrun D. Kane
MORGAN & FINNEGAN LLP
345 Park Ave.
New York, NY 10154

Brian W. Brokate
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

Thomas M. Gould
U.S. DISTRICT COURT
242 Federal Bldg.
167 No. Main St.
Memphis, TN 38103

David H.T. Kane
MORGAN & FINNEGAN LLP
345 Park Ave.
New York, NY 10154

Michele Ficarra
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Kathleen E. McCarthy
MORGAN & FINNEGAN LLP
Three World Financial Center
New York, NY 10281--210

Honorable J. Breen
US DISTRICT COURT