IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 DEC 23 AM 9: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Rolex Watch U.S.A., Inc., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) No. 01-2797 B |
| Town & Country Jewelers, Inc., <br> Defendant. | ) <br> ) <br> ) <br> ) |

## ORDER TAXING COSTS

Plaintiff Rolex Watch U.S.A., Inc., the prevailing party in the above-captioned action pursuant to the Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgement as to Monetary Relief entered September 30, 2005 in favor of Plaintiff, filed its Bill of Costs, pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. §1920, on October 27, 2005 in the sum of $29,164.48, seeking reimbursement from Defendant Town & Country Jewelers, Inc. for the following itemized expenses:

|    |                                    | Requested   |
|----|------------------------------------|-------------|
|    |                                    |             |
| 1. | Clerk's Fees                       | $   650.00  |
| 2. | Service Fees                       | 270.00      |
| 3. | Court Reporter and Transcript Fees | 12,465.00   |
| 4. | Printing Fees and Disbursements    | 15,779.48   |
|    | Total Costs submitted by Plaintiff | $29,164.48  |

The Clerk of Court, pursuant to Local Rule 54.1, provided written notice to counsel for all parties that a hearing would be held by the Clerk of Court on November 10, 2005 at 10:30 AM at which counsel could appear and/or submit citations of law relevant to the issue of taxing costs in this matter. A cost assessment hearing was held as scheduled, John J. Mulrooney, Esq. appeared on behalf of Plaintiff Rolex Watch U.S.A, Inc. and Edward M. Hurley, Esq. appeared on behalf of Defendant Town & Country Jewelers, Inc.

Based on the Clerk of Court's review of the itemized Bill of Costs and after considering the arguments of counsel, the Clerk of Court has found that the costs requested are those recoverable under 28 U.S.C. §1920 and have been fully documented. For which reasons the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  12-23-05

(121)

Clerk of Court has assessed costs at $29,164.48 in favor of the Plaintiff Rolex Watch U.S.A., Inc. and against the Defendant Town & Country Jewelers, Inc.

  Pursuant to Local Rule 54.1, taxation of costs by the Clerk of Court may be reviewed by the Court upon motion, which must be served within five (5) days following the docketing of this Order.

Dated: December 20, 2005.

                */s/ Thomas Gould*
                Thomas M. Gould, Clerk of Court

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in case 2:01-CV-02797 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Michele Ficarra
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

Brian W. Brokate
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

David H.T. Kane
MORGAN & FINNEGAN LLP
345 Park Ave.
New York, NY 10154

John F. Flaherty
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

Thomas M. Gould
U.S. DISTRICT COURT
242 Federal Bldg.
167 No. Main St.
Memphis, TN 38103

John J. Mulrooney
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Kathleen E. McCarthy
MORGAN & FINNEGAN LLP
Three World Financial Center
New York, NY 10281--210

Ronald D. Coleman
GIBNEY ANTHONY & FLAHERTY, LLP
665 Fifth Ave.
New York, NY 10022

Ed M. Hurley
HURLEY & ROYAL
3540 Summer Ave.
Ste. 411
Memphis, TN 38122

Siegrun D. Kane
MORGAN & FINNEGAN LLP
345 Park Ave.
New York, NY 10154

Honorable J. Breen
US DISTRICT COURT